IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SANDRA WOODS**                                                                                                       **PLAINTIFF**

V.                                              4:20CV01311 JM

**COLOPLAST CORP.**                                                                                              **DEFENDANT**

## ORDER

Defendant Coloplast's Motion to Dismiss is granted.[1] (Doc. 6)  The Motion to Exclude (Doc. 9) is denied as moot. The Clerk is directed to close this case.

IT IS SO ORDER this 4th day of February, 2021.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff has contacted my staff and indicated that she does not object to the motion.